IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02191-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

AARON KOONTZ,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Aaron Koontz filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 22, 2014 (ECF No. 22), it is

ORDERED that Defendant Aaron Koontz and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 22, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge